# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOLOGY INNOVATIONS LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. NO. 1:18-cv-01803-MN |
| | ) |
| CONVERSE, INC., | ) JURY TRIAL DEMANDED |
| | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL
## WITH PREJUDICE

Plaintiff Symbology Innovations LLC, pursuant to Fed. R. Civ. P. 41 (a), hereby provides notice that it dismisses all of its claims in this action WITH PREJUDICE. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: April 5, 2019                                   Respectfully Submitted,

**DEVLIN LAW FIRM LLC**

*/s/ Timothy Devlin*
Timothy Devlin (#4241)
1306 N. Broom St., 1st Floor
Wilmington, Delaware 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251
tdevlin@devlinlawfirm.com

                          Eugenio J. Torres-Oyola (*Pro Hac Vice*)
                          Jean G. Vidal-Font (*Pro Hac Vice*)
                          **Ferraiuoli LLC**
                          221 Plaza, 5th Floor
                          221 Ponce de León Avenue
                          San Juan, PR 00917
                          Telephone: (787) 766-7000
                          Facsimile: (787) 766-7001
                          Email: etorres@ferraiuoli.com
                          Email: jvidal@ferraiuoli.com

                          **ATTORNEYS FOR PLAINTIFF**
                          **SYMBOLOGY INNOVATIONS LLC**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 5, 2019, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                          */s/ Timothy Devlin*
                        Timothy Devlin (#4241)